IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2611-JLK**

**ECHOSTAR SATELLITE, LLC, a Colorado limited liability company**,

        Plaintiff,

v.

**SPLASH MEDIA PARTNERS, L.P., a Texas limited partnership;
SPLASH GE, INC., a Texas corporation;
MARC SPARKS, an individual;
CHRIS KRAFT, an individual,**

        Defendants.

## ORDER ON MOTION TO DISMISS OR STRIKE

Kane, J.

This matter is before me on Plaintiff's Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6), or, in the Alternative, to Strike Portions of Counterclaim Pursuant to Fed. R. Civ. P. 12(f) (Doc. 12), filed February 20, 2008. Having carefully considered the Motion and related briefing, and all applicable legal authorities, and being fully advised in the premises, I deny both the Motion to Dismiss and the Motion to Strike.

Accepting the well-pleaded factual allegations of the counterclaim as true and viewing them in the light most favorable to Defendants, *see Sutton v. Utah State Sch. for the Deaf & Blind*, 173 F.3d 1226, 1236 (10th Cir. 1999) (stating standard of review for 12(b)(6) motions), it is clear Defendants have stated a claim upon which relief may be

granted. Whether, as Plaintiff contends, Defendants lack evidence to prove the claimed breach is a matter to be determined on summary judgment or at trial.

Nor do I find any basis to strike portions of the counterclaim as immaterial as requested by Plaintiff. Rule 12(f) provides a court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Granting a motion to strike on these grounds is a drastic, generally disfavored remedy, and "[a]llegations will not be stricken as immaterial under this rule unless they have no possible bearing on the controversy." *Sierra Club v. Tri-State Generation & Transmission Ass'n*, 173 F.R.D. 275, 285 (D. Colo. 1997). I am not persuaded that the portions of the counterclaim Plaintiff seeks to strike are so unrelated to the parties' dispute that they should be stricken under this standard.

Accordingly, Plaintiff's Motion to Dismiss and alternate Motion to Strike are DENIED.

IT IS SO ORDERED.

Dated this 14th day of April, 2008.

                                                       s/ John L. Kane
                                                       John L. Kane, Senior District Judge
                                                       United States District Court