IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date: July 21, 2008 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Terri Lindblom |

Civil Action No.: 07-cv-02611-JLK-BNB

ECHOSTAR SATELLITE, LLC,
a Colorado limited liability company;   Jeffrey Cohen
                                         Rick Simmons

      Plaintiff,

v.

SPLASH MEDIA PARTNERS, L.P.,
A Texas limited partnership;
SPLASH GP, INC., a Texas corporation;
MARC SPARKS, an andividual;
CHRIS KRAFT, an individual;              Frank Visciano

      Defendants.

## COURTROOM MINUTES

**Motions Hearing**

**10:06 a.m.  Court in session.**

Court calls case.

Court's preliminary comments.

10:07 a.m.   Argument by Mr. Cohen

10:12 a.m.   Argument by Mr. Visciano.

Rulings by the Court.

**ORDERED:   Plaintiffs' Motion For Protective Orders Pursuant To Fed.R.Civ.P. 26(c), Request For Hearing, and For Sanctions (Filed 7/17/08; Doc. No. 36) is GRANTED.**

*07-cv-02611-JLK*
*Motions Hearing*
*July 21, 2008*

**ORDERED:** **Immediately following today's hearing, Counsel shall go the Chambers of Magistrate Judge Boland to obtain a date for another Scheduling Conference to be held in September.**

**ORDERED:** **Discovery shall be extended 30 days, to and including December 3, 2008.**

**The Court admonishes counsel regarding their behavior and advises them that sanctions will be imposed in the future.**

**10:18 a.m.   Court in recess.**
Hearing concluded.
Time in court - 00:12 minutes.