IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02611-PAB-BNB | Date: November 24, 2008 |
| Courtroom Deputy: J. Chris Smith | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ECHO STAR SATELLITE, a Colorado limited liability Company, | Richard M. Simmons<br>Jeffrey Cohen |
| Plaintiff, | |
| v. | |
| SPLASH MEDIA PARTNERS, L.P., a Texas limited partnership,<br>SPLASH GP, INC., a Texas Corporation,<br>MARC SPARKS, an Individual,<br>CHRIS KRAFT, an individual, | Frank W. Visciano |
| Defendants. | |

## COURTROOM MINUTES

**Motion Hearing**

**9:04 a.m.**      **Court in session.**

Court's preliminary remarks and appearances by counsel.

9:05 a.m.      Argument by Mr. Simmons. Plaintiff submits additional materials to the Court in support of its motion.

9:16 a.m.      Argument by Mr. Visciano.
9:32 a.m.      Rebuttal argument by Mr. Simmons.

Court states it will review the materials submitted and issue a written order.

**ORDERED:**      **Plaintiff's Motion to Amend the Complaint to Add Parties' Allegations and Claims that were Recently Discovered, filed November 4, 2008 [54], is taken under advisement.**

**9:35 a.m.**      **Court in recess.**

Hearing concluded.      Total time in court: 31 min.