**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: February 11, 2009
Court Reporter: Janet Coppock  Time: one hour and 58 minutes

**CASE NO. 07-cv-02611-PAB-BNB**

| Parties | Counsel |
|---|---|
| **ECHOSTAR SATELLITE, LLC.,** | Jeffrey Cohen |
| | Richard Simmons |
| Plaintiff (s), | |
| vs. | |
| **SPLASH MEDIA PARTNERS, L.P., SPLASH GP, INC., MARC SPARKS, and CHRIS KRAFT,** | Frank Visciano |
| Defendant (s). | |

**MOTIONS HEARING**

**2:05 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant Chris Kraft is also present.

Discussion regarding how this hearing should proceed.

**Plaintiff's Motion for Preliminary Injunctive Relief and Writs of Attachments (Doc #56), filed 11/4/08.**

**2:12 p.m.**	Argument by Mr. Cohen.  Questions by the Court.

**2:38 p.m.**	Argument by Mr. Visciano.  Questions by the Court.

**2:57 p.m.**	Further argument by Mr. Cohen.

**3:09 p.m.**	Further argument by Mr. Visciano.

Court states its findings and conclusions.

**ORDERED:**	Plaintiff's Motion for Preliminary Injunctive Relief and Writs of Attachments (Doc #56), filed 11/4/08 is **DENIED.**

**Plaintiff's Motion for Sanctions (Doc #75), filed 1/2/09.**

**3:22 p.m.**	Argument by Mr. Cohen.  Questions by the Court.

**3:33 p.m.**	Argument by Mr. Visciano.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**	Plaintiff's Motion for Sanctions (Doc #75), filed 1/2/09 is **DENIED**.

**ORDERED:**	Defendants' Motion to Strike Motion for Sanctions (Doc #82), filed 1/13/09 is **DENIED AS MOOT.**

**ORDERED:**	Defendants' request for attorney fees is **DENIED.**

**4:02 p.m.**	**COURT IN RECESS**

**Total in court time:**	118 minutes

**Hearing concluded**