IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02611-PAB-BNB

ECHOSTAR SATELLITE, LLC, a Colorado limited liability company,

Plaintiff,

v.

SPLASH MEDIA PARTNERS, L.P., a Texas limited partnership,
SPLASH GP, INC., a Texas corporation,
MARC SPARKS, an individual, and
CHRIS KRAFT, an individual,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendants' Motion to Extend Certain Deadlines** [Doc. # 160, filed 7/31/2009]

("Defendant's Motion to Extend"); and

(2) **Unopposed Motion for Extension of Discovery Cut-Off** [Doc. # 165, filed

8/4/2009] (the "Unopposed Motion").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Defendants' Motion to Extend is DENIED.

IT IS FURTHER ORDERED that the Unopposed Motion is GRANTED, and the case schedule is modified to extend the discovery cut-off to and including **September 4, 2009**, solely to allow the depositions of Marc Sparks and Chris Kraft.

Dated August 13, 2009.

BY THE COURT:

 s/ Boyd N. Boland              
United States Magistrate Judge