IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02611-PAB-BNB

ECHOSTAR SATELLITE, LLC, a Colorado limited liability company,

Plaintiff,

v.

SPLASH MEDIA PARTNERS, L.P., a Texas limited partnership,
SPLASH GP, INC., a Texas corporation,
MARC SPARKS, an individual, and
CHRIS KRAFT, an individual,

Defendants.
_____

**ORDER**
_____

Counsel appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that on or before **December 15, 2009**, the parties shall submit a revised final pretrial order modified as discussed today at the pretrial conference.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **December 21, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that a settlement conference will be held on **February 9, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences before the magistrate judge shall be confidential. Attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the

presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit an updated confidential settlement statement to the my chambers on or before **February 2, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated December 1, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge